GINSBURG would grant the application for stay of execution.

JULY 28, 1998

No. A–71 (O. T. 1998). AMSTERDAM VIDEO, INC. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Application for stay, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. D–1923. IN RE DISBARMENT OF McGOWEN. Disbarment entered. [For earlier order herein, see 523 U. S. 1017.]

No. D–1932. IN RE DISBARMENT OF TAUB. Disbarment entered. [For earlier order herein, see 523 U. S. 1057.]

No. D–1945. IN RE DISBARMENT OF SANBORN. Disbarment entered. [For earlier order herein, see 523 U. S. 1104.]

No. D–1949. IN RE DISBARMENT OF MEYER. Disbarment entered. [For earlier order herein, see 523 U. S. 1104.]

No. D–1950. IN RE DISBARMENT OF BOXER. Disbarment entered. [For earlier order herein, see 523 U. S. 1105.]

No. D–1953. IN RE DISBARMENT OF CHITTIM. Disbarment entered. [For earlier order herein, see 523 U. S. 1115.]

No. D–1955. IN RE DISBARMENT OF BOWDEN. Disbarment entered. [For earlier order herein, see *ante*, p. 902.]

No. D–1957. IN RE DISBARMENT OF MAURICE. Disbarment entered. [For earlier order herein, see *ante*, p. 902.]

No. D–1959. IN RE DISBARMENT OF WARKOW. Disbarment entered. [For earlier order herein, see *ante*, p. 902.]

No. D–1974. IN RE DISBARMENT OF BRAUER. David P. Brauer, of Dover, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1975. IN RE DISBARMENT OF ROSE. Michael Gary Rose, of Valley Stream, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,